UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                    RE:    Victor VALENCIA
                           Docket Number:    2:05CR00183-01 &
                                                  2:05CR00184-01
                         <u>**PERMISSION TO TRAVEL**</u>
                         <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The releasee is requesting permission to travel to Guadalajara, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 26, 2000, under U. S. District Court Docket Number 3:94CR00337-02 CAL (ND/CA), Victor Valencia was sentenced for the offenses of 21 USC 846 - Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine (Count 1), 21 USC 371 - Conspiracy to Launder Drug Proceeds (Count 2), 21 USC 841(a)(1) and 18 USC 2 - Distribution of Cocaine and Aiding and Abetting (Counts 3 and 7), and 18 USC 1956(a)(1)(A)(1) & 2 - Money Laundering (Counts 4 and 8).

On May 11, 2005, The Honorable David F. Levi ordered the above-noted U. S. District Court Docket Number 3:94CR00337-02 CAL (ND/CA) be transferred jurisdictionally to the Eastern District of California and thereafter assigned U. S. District Court Docket Number 2:05CR00184-01 GEB.

Further, on June 26, 2000, Mr. Valencia was also sentenced under U. S. District Court Docket Number 3:95CR00015-01 CAL (ND/CA) for the offenses of 21 USC 963 - Conspiracy to Import Controlled Substances Cocaine and Marijuana (Count 1), and 21 USC 853 - Criminal Forfeiture (Count 6).

On May 12, 2005, Your Honor ordered the above-noted U. S. District Court Docket Number 3:95CR00015-01 CAL (ND/CA) be transferred jurisdictionally to the Eastern District of California and thereafter assigned U. S. District Court Docket Number 2:05CR00183-01 GEB.

**RE:**   Victor VALENCIA
   Docket Numbers:  2:05CR00183-01 & 2:05CR00184-01
   <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

**Sentences imposed:**  As to both of the above-noted cases, 120 months custody of the Bureau of Prisons(to run concurrent to each other); 5-year term of supervised release.

**Special conditions include:**  Submit to search.

**Dates and Mode of Travel:**  During the month of February (specific dates yet to be determined).  The offender will be traveling by vehicle from Tracy, California, to Mexico.

**Purpose:**  Mr. Valencia would like the opportunity to visit his relatives, primarily his father, who reside in Mexico.  Based on the foregoing, it is the undersigned's request that Your Honor grant the above-noted travel.  In addition, it is also requested Your Honor provide the probation officer with the discretion to authorize any further travel by the offender to Mexico, without further Court notification.  If allowed to travel out of the country under the following noted conditions, the offender will be instructed to report to the United States Department of Homeland Security (or other appointed border security officials) upon his entry and exit from Mexico.

Respectfully Submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**

**DATED:**   January 31, 2006
   Modesto, California
   PRH:lr

**REVIEWED BY:**   <u>/s/ Deborah A. Spencer</u>
   **Deborah A. Spencer**
   **Supervising United States Probation Officer**

**RE:   Victor VALENCIA**
**      Docket Numbers:  2:05CR00183-01 & 2:05CR00184-01**
**      <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

**ORDER OF THE COURT:**

Approved   <u>  X                       </u>          Disapproved  <u>                          </u>

<u>Dated:  February 9, 2006</u>

<u>                                              </u>   <u>/s/ Garland E. Burrell, Jr.</u>
                                                <u>GARLAND E. BURRELL, JR.</u>
                                                <u>United States District Judge</u>

Rev. 03/2005
TRAVELOC.MRG